August 22, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DONTREAL DAVAL BROWN, Appellant

NO. 14-12-00389-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court.  Therefore, the judgment is **MODIFIED** to delete the specific amount of court costs imposed against appellant.

The Court orders the judgment **AFFIRMED** as **MODIFIED**.

We further order this decision certified below for observance.